UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WENDY B. ADELSON as the
Personal Representative for
THE ESTATE OF MILTON H. ADELSON
(deceased),

        Plaintiff,

vs

DEPUTY JOHN/JANE DOE #1 ;
DEPUTY JOHN/JANE DOE #2;
DEPUTY JOHN/JANE DOE #3;
DEPUTY JOHN/JANE DOE #5;
DEPUTY JOHN/JANE DOE #6;
DEPUTY JOHN/JANE DOE #7;
DEPUTY JOHN/JANE DOE #8;
DEPUTY JOHN/JANE DOE #9;
DEPUTY JOHN/JANE DOE #11;
DEPUTY JOHN/JANE DOE #12; and
OAKLAND COUNTY,

        Defendants.

Case No. 2:23-cv-11291-LJM-KGA
District Judge Jonathan J.C. Grey
Magistrate Judge Kimberly G. Altman

**STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT**

| | |
|---|---|
| JOHNSON LAW, PLC<br>VERNON JOHNSON (P39219)<br>MICHAEL E. FREIFELD (P48198)<br>THOMAS W. WUAN (P3224)<br>Attorneys for Plaintiff<br>535 Griswold Street, Suite 2600<br>Detroit, MI 48226<br>(313) 324-8300 / Fax: (313) 324-8301<br>vjohnson@venjohnsonlaw.com<br>mfreifeld@venjohnsonlaw.com<br>twaun@venjohnsonlaw.com | POTTER, DeAGOSTINO & CLARK<br>STEVEN M. POTTER (P33344)<br>ROBERT C. CLARK (P76359)<br>TREVOR S. POTTER (P84253)<br>LAYLA R. SIZEMORE (P85502)<br>Attorneys for Defendants<br>2701 Cambridge Court, Suite 223<br>Auburn Hills, MI 48326<br>(248) 377-1700 / Fax (248)<br>spotter@potterlaw.com<br>rclark@potterlaw.com<br>tpotter@potterlaw.com<br>lsizemore@potterlaw.com |

## **STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT ADDING, DEVIN BAYSDELL, BRYAN OTTO, RICHARD RACKLEY, JULIAN TERRY, BRIAN BURKE, BRIDGET SITERLET, MITCHELL DENMARK, EMILY ROOT, JOSHUA RACZKA, MICHAEL DESMARAIS, MATTHEW BAILEY, JEFFREY ECKEL, ZACHARY JENSON, MARK GANEY, AMY STACHO AND DUSTIN WOODLIFF AS DEFENDANTS IN THIS MATTER**

NOW COME the respective parties, by and through their counsel, and hereby stipulate and agree that Plaintiff is permitted to amend his complaint to add Devin Baysdell, Bryan Otto, Richard Rackley, Julian Terry, Brian Burke, Bridget Siterlet, Mitchell Denmark, Emily Root, Joshua Raczka, Michael Desmarais, Matthew Bailey, Jeffrey Eckel, Zachary Jensen, Mark Ganey, Amy Stacho and Dustin Woodliff, as Defendants in this matter.

*/s/ Michael E. Freifeld*  
MICHAEL E. FREIFELD (P48198)  
Attorney for Plaintiff

*/s/ Trevor S. Potter (w/consent MEF)*  
TREVOR S. POTTER(P84253)  
Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WENDY B. ADELSON as the
Personal Representative for
THE ESTATE OF MILTON H. ADELSON
(deceased),

      Plaintiff,

vs

Case No. 2:23-cv-11291-LJM-KGA
District Judge Jonathan J.C. Grey
Magistrate Judge Kimberly G. Altman

DEPUTY JOHN/JANE DOE #1 ;
DEPUTY JOHN/JANE DOE #2;
DEPUTY JOHN/JANE DOE #3;
DEPUTY JOHN/JANE DOE #5;
DEPUTY JOHN/JANE DOE #6;
DEPUTY JOHN/JANE DOE #7;
DEPUTY JOHN/JANE DOE #8;
DEPUTY JOHN/JANE DOE #9;
DEPUTY JOHN/JANE DOE #11;
DEPUTY JOHN/JANE DOE #12; and
OAKLAND COUNTY,

**ORDER TO ALLOW PLAINTIFF TO AMEND COMPLAINT**

      Defendants.

---

JOHNSON LAW, PLC
VERNON JOHNSON (P39219)
MICHAEL E. FREIFELD (P48198)
THOMAS W. WUAN (P3224)
Attorneys for Plaintiff
535 Griswold Street, Suite 2600
Detroit, MI 48226
(313) 324-8300 / Fax: (313) 324-8301
vjohnson@venjohnsonlaw.com
mfreifeld@venjohnsonlaw.com
twaun@venjohnsonlaw.com

POTTER, DeAGOSTINO & CLARK
STEVEN M. POTTER (P33344)
ROBERT C. CLARK (P76359)
TREVOR S. POTTER (P84253)
LAYLA R. SIZEMORE (P85502)
Attorneys for Defendants
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700 / Fax (248)
spotter@potterlaw.com
rclark@potterlaw.com
tpotter@potterlaw.com
lsizemore@potterlaw.com

### ORDER TO ALLOW PLAINTIFF TO AMEND COMPLAINT ADDING DEVIN BAYSDELL, BRYAN OTTO, RICHARD RACKLEY, JULIAN TERRY, BRIAN BURKE, BRIDGET SITERLET, MITCHELL DENMARK, EMILY ROOT, JOSHUA RACZKA, MICHAEL DESMARAIS, MATTHEW BAILEY, JEFFREY ECKEL, ZACHARY JENSON, MARK GANEY, AMY STACHO AND DUSTIN WOODLIFF AS DEFENDANTS IN THIS MATTER

**IT IS HEREBY ORDERED** that Plaintiff is permitted to amend her complaint to add Devin Baysdell, Bryan Otto, Richard Rackley, Julian Terry, Brian Burke, Bridget Siterlet, Mitchell Denmark, Emily Root, Joshua Raczka, Michael Desmarais, Matthew Bailey, Jeffrey Eckel, Zachary Jensen, Mark Ganey, Amy Stacho and Dustin Woodliff, as Defendants in this matter .

*This is not a final order and does not resolve the pending claims*.

Dated: January 19, 2024            s/Jonathan J.C. Grey
                                   Honorable Jonathan J. C. Grey
                                   U.S. District Court Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 19, 2024.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager